01-15-01023-CR

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 3:33:02 PM
CHRISTOPHER A. PRINE
Clerk

December 1, 2015

FRANKLIN BYNUM
ATTORNEY OF RECORD
2814 HAMILTON STREET
HOUSTON, TX 77004

Defendant's Name: JEFF CLAY EVERITT

Cause No: 1406723

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/19/15
**Sentence Imposed Date:** 10/23/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** FRANKLIN BYNUM
Motion for New Trial 11/23/15

Sincerely,

Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

BILLY JALUFKA (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

| The State of Texas | In the 183rd District Court of |
|---|---|
| v. | Harris County, Texas |
| Jeff Clay Everitt | |

## NOTICE OF APPEAL

Jeff Everitt gives notice of appeal of his conviction.

Respectfully,



Bynum Law Office
2814 Hamilton Street
Houston, Texas 77004
(713) 343-8844

Franklin Bynum
Texas Bar Number 24069451
franklin@bynumlaw.net

**FILED**
Chris Daniel
District Clerk

NOV 1 9 2015

Time:_____
Harris County, Texas
By_____
Deputy

 

Cause No. 1406723

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 183 DISTRICT COURT |
| v. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| Jeff Everitt , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____     NOV 2 3 2015
Judge                                 _____
                                      Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

not present
_____
Defendant

Franklin Bynum
_____
Defendant's Counsel

Mailing Address: _____

**FILLED**
Chris Daniel
District Clerk

NOV 23 2015
Time: 11/23/15

Harris County, Texas

By _____
Deputy

Telephone number: _____

Fax number (if any): Time: _____

State Bar of Texas ID number: 24069451

Mailing Address: 2814 Hamilton St

Telephone number: 713 343 8844

Fax number (if any): _____

---

\* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

**CLERK**

# APPEAL CARD

MMT
11-23-15

1st

2-20-16

Court **185**

Cause No. **1406773**

### The State of Texas

Jeff Clay Everitt

Vs

Date Notice
Of Appeal: 11/19/15

10-23-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding Vanessa Velasquez
Court Reporter Billy Jalufka
Court Reporter
Court Reporter

Attorney
on Trial Grant Scheiner

Attorney
on Appeal Franklin Bynum

Appointed_____ Hired ✓

Offense Agg Sex Asslt Child Under 14

Jury Trial: Yes ✓ No_____

Punishment
Assessed 15 years TDC

Companion Cases
(If Known) N/A

Amount of
Appeal Bond Ø

Appellant
Confined: Yes ✓ No_____

Date Submitted
To Appeal Section 11/23/15

Deputy Clerk